IN THE SUPREME COURT OF TEXAS

 No. 04-0270 & No. 04-0271

 IN RE U.S. SILICA COMPANY AND AMFELS, INC.
 &
 IN RE BADGER MINING CORPORATION

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motions for stay of underlying proceedings,
filed March 23, 2004, are granted. All underlying proceedings in the
following trial courts are stayed pending further order of this Court.

Cause No. 2003-05-2771-C, styled Davila, et al. v. American Optical Corp.,
et al., in the 197th District Court of Cameron County, Texas;

Cause No. 2003-05-2772-D, styled Acevedo, et al. v. American Optical Corp.
et al., in the 103rd District Court of Cameron County, Texas;

Cause No. 2003-05-2773-A, styled Botello, et al. v. American Optical Corp.,
et al., in the 107th District Court of Cameron County Texas;

Cause No. 2003-05-2774-E, styled Hernandez, et al. v. American Optical
Corp., et al., in the 357th Distrist Court of Cameron Courty Texas;

 Cause No. 2003-05-2775-C styled Molina, et al, v. American Optical Corp.,
et al., in the 197th District Court of Cameron County Texas;

 Cause No. 2003-05-2776-E styled Rebolledo, et al v. American Optical
Corp., et al., in the 357th District Court of Cameron County Texas;

Cause No. 2003-05-2777-B, styled Garcia, et al. v. American Optical Corp.,
et al., in the 138th District Court of Cameron County, Texas;

Cause No. 2003-05-2778-G, styled Fragoso, et al. v. American Optical Corp.,
et al., in the 404th District Court of Cameron County, Texas;

Cause No. 2003-05-2779-D, styled Rubalcava, et al. v. American Optical
Corp., et al., in the 103rd District Court of Cameron County, Texas;

Cause No. 2003-05-2780-A, styled Macias, et al. v. American Optical Corp.,
et al., in the 107th District Court of Cameron County Texas,

 Done at the City of Austin, this April 07, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk